NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**CHARLES W. JOHNSON,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7180

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-3377, Judge Mary J. Schoelen.

---

**ON MOTION**

---

**O R D E R**

Charles W. Johnson moves out of time for an extension of time to file his brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. Johnson's brief is due within 30 days of the date of filing of this order.

FOR THE COURT

**SEP 2 6 2011**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Charles W. Johnson
    Alexander V. Sverdlov, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**SEP 2 6 2011**

**JAN HORBALY**
**CLERK**